1   JULIANA DROUS
    Attorney at Law SB#92156
2   214 Duboce Avenue
    San Francisco, California 94103
3   Telephone: (415) 863-3580
    Facsimile: (415) 255-8631
4   jdrous@msn.com

5   Attorney for Defendant
    ROQUE GAMBINO
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES,                    )   NO. CR-05 70172
                                      )
11                Plaintiff,          )
                                      )
12        v.                          )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER RE: CONTINUANCE OF COURT**
13  ROQUE GAMBINO,                    )   **DATE**
                                      )
14                Defendant.          )
                                      )
15                                    )

16  _____

17        Kevin Ryan, United States Attorney for the Northern District of California, and Assistant

18  United States Attorney, David Hal, and defendant, by and through counsel, Juliana Drous, hereby

    stipulate as follows:
19
          Defendant GAMBINO's appearance before the Hon. Magistrate Judge Elizabeth Laporte,
20
    now scheduled on Tuesday, December 20, 2005, at 9:30 a.m., is continued to Friday, January 27,
21
    2006, at 9:30 a.m.
22

23  DATED: December 12, 2005                      _____/s/_____
                                                  JULIANA DROUS
24                                                Attorney for Defendant
                                                  ROQUE GAMBINO
25

26  DATED: December 12, 2005                      _____/s/_____
                                                  DAVID HALL
27  IT IS SO ORDERED.                             Asst. United States Attorney

28  December 14, 2005

                                        GRANTED
    HON. ELIZABETH D. LAPORTE
    Magistrate Judge              Judge Elizabeth D. Laporte