1  JULIANA DROUS
   Attorney at Law SB#92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Facsimile: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   ROQUE GAMBINO

6

7              **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10                                      )   NO. CR-05 70172  MAG
   UNITED STATES,                       )
11                                      )
              Plaintiff,                )
12                                      )
    v.                                  )   **STIPULATION AND [PROPOSED]**
13                                      )   **ORDER RE: CONTINUANCE OF COURT**
   ROQUE GAMBINO,                       )   **DATE**
14                                      )
              Defendant.                )
15                                      )

16

17         Kevin Ryan, United States Attorney for the Northern District of California, and Assistant

   United States Attorney, David Hall, and defendant, by and through counsel, Juliana Drous,
18
   hereby stipulate as follows:
19                                                                  Joseph C. Spero
           Defendant GAMBINO's appearance before the Hon. Magistrate Judge ~~Elizabeth Laporte~~,
20
   now scheduled on Friday, January 27, 2006, at 9:30 a.m., is continued to Friday, February 24,
21
   2006, at 9:30 a.m. , before Magistrate Judge Maria-Elena James.
22

23 DATED: January 19, 2006                         _____/s/_____
                                                   JULIANA DROUS
24                                                 Attorney for Defendant
                                                   ROQUE GAMBINO
25

26 DATED: January 20, 2006                         _____/s/_____
                                                   DAVID HALL
27                                                 Asst. United States Attorney

28

1      IT IS SO ORDERED.

2

3   DATED: January   24    , 2006

                                          _____
4                                          HON.  JOSEPH C. SPERO
                                           Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28      STIPULATION AND ORDER - CONTINUANCE OF HEARING DATE