1   JULIANA DROUS
    Attorney at Law SB#92156
2   214 Duboce Avenue
    San Francisco, California 94103
3   Telephone: (415) 863-3580
    Facsimile: (415) 255-8631
4   jdrous@msn.com

5   Attorney for Defendant
    ROQUE GAMBINO
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | NO. CR-05 70172  JCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [~~PROPOSED~~]** |
| ) | **ORDER RE: CONDITIONS OF RELEASE** |
| ROQUE GAMBINO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant

ROQUE GAMBINO travel restrictions imposed as a condition of his pre-trial release, limiting his

travel to the Northern District of California, can be modified such that defendant Gambino can travel

from San Francisco to Los Vegas, Nevada on June 29, 2006 and return to the Bay Area on July 5,

2006.

DATED: April 18, 2006                    _____/S/_____
                                         JULIANA DROUS
                                         Attorney for Defendant
                                         ROQUE GAMBINO

DATED: April 18, 2006                    _____/S/_____
                                         DAVID HALL
                                         Asst. United States Attorney

    IT IS SO ORDERED.

DATED:  April 21, 2006

                                         HON. _____ JOSEPH C. SPERO
                                         Magistrate