1   JULIANA DROUS
    Attorney at Law SB#92156
2   214 Duboce Avenue
    San Francisco, California 94103
3   Telephone: (415) 863-3580
    Facsimile: (415) 255-8631
4   jdrous@msn.com

5   Attorney for Defendant
    ROQUE GAMBINO
6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
                                            )   NO. CR-05 70172
9   UNITED STATES,                          )
                                            )
10              Plaintiff,                  )
                                            )
11      v.                                  )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER RE: CONDITIONS OF RELEASE**
12  ROQUE GAMBINO,                          )
                                            )
13              Defendant.                  )
                                            )
14  _____     )

15          For the reasons stated in the letter accompanying this document, IT IS HEREBY

16  STIPULATED by the parties in the above-entitled action that defendant ROQUE GAMBINO be

17  released on a personal unsecured recognizance bond in the amount of $350,000, and that the Deed

18  of Trust executed by Roque Gambino and Yolanda Gambino as security for the appearance bond for

19  defendant, be exonerated and that the Clerk of the United States District Court issue a deed of

20  reconveyance to Roque and Yolanda Gambino.

21  DATED: November 28, 2006                      _____/s/_____
                                                  JULIANA DROUS
22                                                Attorney for Defendant
                                                  ROQUE GAMBINO
23

24  DATED: November 28, 2006                      _____/s/_____
                                                  DAVID HALL
25                                                Asst. United States Attorney

26          IT IS SO ORDERED.

27  DATED:  November 28, 2006

28                                                HON_____
                                                  Mag_____
                                                  Judge Joseph C. Spero